# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL MILES, Individually,

       Plaintiff,         CASE NO.: 4:15-cv-10130
                                  HON. TERRENCE G. BERG
v.                                   MAG. ELIZABETH A. STAFFORD

THE BON-TON DEPARTMENT
STORES, INC., a Pennsylvania
Corporation,

       Defendant.

## STIPULATION AND ORDER FOR DISMISSAL

_____

| | |
|---|---|
| OWEN B. DUNN, JR.  (P66315) | AUDREY J. FORBUSH  (P41744) |
| **LAW OFFICE OF OWEN B. DUNN, JR.** | **PLUNKETT COONEY** |
| Attorney for Plaintiff | Attorney for Defendant |
| The Ottawa Hills Shopping Center | Plaza One Financial Center |
| 4334 W. Central Avenue – Suite 222 | 111 E. Court Street – Suite 1B |
| Toledo, OH  43615 | Flint, MI  48502 |
| (419) 241-9661 | (810) 342-7014 |
| (419) 241-9737 – fax | (810) 232-3159 – fax |
| dunnlawoffice@sbcglobal.net | aforbush@plunkettcooney.com |

_____

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that the above-entitled cause of action be dismissed with prejudice, and without costs, interest or attorney fees to either party.

By */s/Owen B. Dunn, Jr. (w/consent)*            By */s/ Audrey J. Forbush*
   OWEN B. DUNN, JR.  (P66315)               AUDREY J. FORBUSH  (P41744)
   Attorney for Plaintiff               Attorney for Defendant

## ORDER OF DISMISSAL

Upon the reading and filing of the foregoing stipulation of the parties; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause of action be and the same is hereby dismissed with prejudice, and without costs, interest or attorney fees to either party.

This resolves the last pending claims in this matter and closes the case.

**IT IS SO ORDERED.**

                                s/Terrence G. Berg
                                **TERRENCE G. BERG**
                                **UNITED STATES DISTRICT JUDGE**

**Dated:**  **March 11, 2015**
             **Flint, Michigan**